UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T BANK

**Order Filed on August 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Alain Fatovic, Dawn Fatovic

Debtors.

Case No.: 17-23056 JKS

Adv. No.:

Hearing Date: 7/25/19 @ 10:00 a.m..

Judge: John K. Sherwood

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Alain Fatovic, Dawn Fatovic
Case No:  17-23056 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 454 Park Avenue, Fairview, NJ, 07022, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc G. Alster, Esquire, attorney for Debtors, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of July 29, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2019 through July 2019 for a total post-petition default of $13,823.64 (6 @ $2,310.52, $39.48 less suspense); and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $13,823.64 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2019, directly to Secured Creditor's servicer, M&T Bank, P.O. Box 1288, Buffalo, NY 14240 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Alain Fatovic  
Dawn E Fatovic  
    Debtors

Case No. 17-23056-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 12, 2019  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.  
db/jdb       +Alain Fatovic,   Dawn E Fatovic,   454 Park Ave.,   Fairview, NJ 07022-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
           Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marc G. Alster   on behalf of Debtor Alain Fatovic malster@alsterlaw.com, r59840@notify.bestcase.com  
           Marc G. Alster   on behalf of Joint Debtor Dawn E Fatovic malster@alsterlaw.com, r59840@notify.bestcase.com  
           Marie-Ann Greenberg   magecf@magtrustee.com  
           Melissa N. Licker   on behalf of Creditor   Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com  
           Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com  
           Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com  
           Robert P. Saltzman   on behalf of Creditor   M&T Bank dnj@pbslaw.org  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 10