UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on October 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ALAIN FATOVIC
   DAWN E FATOVIC

Case No.:  17-23056 JKS

Hearing Date:  10/24/2019

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 27, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ALAIN FATOVIC
DAWN E FATOVIC

Case No.: 17-23056

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/24/2019 on notice to MARC G. ALSTER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $604.00 starting on 10/1/2019 for 1 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,073.00 starting on 11/1/2019 for the remaining 32 month(s).

United States Bankruptcy Court
District of New Jersey

In re:  
Alain Fatovic  
Dawn E Fatovic  
     Debtors

Case No. 17-23056-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db/jdb         +Alain Fatovic,    Dawn E Fatovic,    454 Park Ave.,    Fairview, NJ 07022-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marc G. Alster    on behalf of Debtor Alain Fatovic malster@alsterlaw.com, r59840@notify.bestcase.com  
        Marc G. Alster    on behalf of Joint Debtor Dawn E Fatovic malster@alsterlaw.com, r59840@notify.bestcase.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Melissa N. Licker    on behalf of Creditor    Bayview Loan Servicing, LLC NJ_ECF_Notices@mccalla.com  
        Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    M&T Bank dnj@pbslaw.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 10