| | |
|---|---|
| **UNITED STATES BANKRUPTY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| **IN RE:**<br><br>**ALAIN FATOVIC**<br>**DAWN E FATOVIC,**<br><br>             **Debtors** | **Case No.:  17-23056 JKS** |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $2.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | ALAIN FATOVIC - Debtor's Refund<br>454 PARK AVE.<br>FAIRVIEW, NJ  07022 |
| Amount: | $2.00 |
| Trustee Claim Number: | 0 |
| Reason: | Not Cashing |

                                                                                        By:   /S/  Marie-Ann Greenberg
Dated:  November 14, 2022                                         MARIE-ANN GREENBERG
                                                                                                 CHAPTER 13 STANDING TRUSTEE