| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Alain Fatovic<br>First Name  Middle Name  Last Name | Social Security number or ITIN<br>EIN | xxx–xx–9340<br>__–_____ |
| Debtor 2<br>(Spouse, if filing) | Dawn E Fatovic<br>First Name  Middle Name  Last Name | Social Security number or ITIN<br>EIN | xxx–xx–1665<br>__–_____ |
| United States Bankruptcy Court   District of New Jersey | | | |
| Case number:   17–23056–JKS | | | |

## Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alain Fatovic                                                      Dawn E Fatovic
                                                                        aka Dawn Ambrosio

11/29/22                                                          **By the court:** John K. Sherwood
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Alain Fatovic  
Dawn E Fatovic  
    Debtors

Case No. 17-23056-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 5  
Date Rcvd: Nov 29, 2022    Form ID: 3180W    Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alain Fatovic, Dawn E Fatovic, 454 Park Ave., Fairview, NJ 07022-1137 |
| 516904631 | + | Animal General, 725 River Rd., Edgewater, NJ 07020-1149 |
| 516904633 | + | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 516904643 | | Cliffside Medical, LLC, PO Box 1546, Englewood Cliffs, NJ 07632-0546 |
| 516904644 | + | Discover Bank, c/o Bruce A Piekarsky, Court Officer, PO Box 1006, Hackensack, NJ 07602-1006 |
| 516904647 | | Hackensack Neurology, c/o Michael S Harrison, 3155 NJ-10 East, Suite 214, Denville, NJ 07834 |
| 516904648 | | Hackensack Radiology, c/o Michael S Harrison, 3155 NJ-10 East, Suite 214, Denville, NJ 07834 |
| 516904649 | + | Hackensack UMC, c/o Palisade Medical Center, 7600 River Rd., North Bergen, NJ 07047-6217 |
| 516904650 | + | Hackensack UMC, c/o Law Firm of Steven Finkelstein, P.O. Box 6905, Elizabeth, NJ 07206-6905 |
| 516904651 | + | Hackensack UMC Palisades, P.O. Box 31015, Newark, NJ 07101-0130 |
| 517188060 | + | Hematology Oncology Physicians, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 516904656 | | Merrick Bank Corporation, c/o Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 516904657 | | Metropolitan Neurosurgery Assoc., PA, 309 Engle St., Suite 6, Englewood, NJ 07631-1822 |
| 516904660 | | Palisades Emergency Consult., c/o Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: LCIBAYLN | Nov 30 2022 01:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 29 2022 20:51:00 | M&T Bank, c/o McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 517013220 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:49:36 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516904630 | + | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:49:58 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516904632 | + | EDI: APPLIEDBANK.COM | Nov 30 2022 01:43:00 | Applied Bank, Attn: Bankruptcy, 2200 Concord Pike Ste 102, Wilmington, DE 19803-2909 |
| 516904634 | + | EDI: BANKAMER.COM | Nov 30 2022 01:43:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

Case 17-23056-JKS    Doc 68    Filed 12/01/22    Entered 12/02/22 00:15:07    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| 517082024 | + EDI: BANKAMER2.COM | Nov 30 2022 01:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517081198 | ^ MEBN | Nov 29 2022 20:47:53 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518381084 | + EDI: LCIBAYLN | Nov 30 2022 01:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518381085 | + EDI: LCIBAYLN | Nov 30 2022 01:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 516904635 | + Email/Text: bankruptcy@cavps.com | Nov 29 2022 20:51:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 516904636 | + EDI: CAPITALONE.COM | Nov 30 2022 01:43:00 | Capital 1/bestbuy, Capital 1Retail Services/Att: Bankruptcy, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 516904637 | + Email/Text: bankruptcy@usecapital.com | Nov 29 2022 20:51:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 516904638 | + EDI: CAPITALONE.COM | Nov 30 2022 01:43:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516904639 | + EDI: CAPITALONE.COM | Nov 30 2022 01:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516904640 | + EDI: CAPITALONE.COM | Nov 30 2022 01:43:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517111722 | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 20:49:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517128714 | + Email/Text: bankruptcy@cavps.com | Nov 29 2022 20:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519738763 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2022 20:50:00 | Community Loan Servicing LLC, Attn: Cashiering Dept., 4425 Ponce De Leon Blvd., 5th Fl., Coral Gable, FL 33146-1839 |
| 518988442 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2022 20:50:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518988441 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2022 20:50:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 516917922 | EDI: DISCOVER.COM | Nov 30 2022 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516904645 | + EDI: DISCOVER.COM | Nov 30 2022 01:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516904646 | + Email/Text: bankruptcy@certifiedcollection.com | Nov 29 2022 20:51:00 | Englewood Hospital, c/o Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 516904641 | EDI: JPMORGANCHASE | Nov 30 2022 01:43:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516904642 | EDI: JPMORGANCHASE | Nov 30 2022 01:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516904652 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2022 20:50:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |

Case 17-23056-JKS    Doc 68    Filed 12/01/22    Entered 12/02/22 00:15:07    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 66 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516904653 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 29 2022 20:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516904654 | | Email/Text: camanagement@mtb.com | Nov 29 2022 20:51:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517140011 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2022 20:51:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516904655 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 29 2022 20:49:36 | Merrick Bank Corp., Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 516904658 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2022 20:51:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519746067 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2022 20:50:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 519746068 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 29 2022 20:50:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing |
| 516904662 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 516904663 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517112131 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517187567 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517127421 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517092753 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517112134 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Hsbc, POB 41067, Norfolk VA 23541 |
| 517133149 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Mandee, POB 41067, Norfolk VA 23541 |
| 517112146 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517133171 | | EDI: PRA.COM | Nov 30 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517125648 | | EDI: Q3G.COM | Nov 30 2022 01:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516904664 | + | Email/Text: bkdepartment@rtresolutions.com | Nov 29 2022 20:51:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 516904665 | + | Email/Text: clientservices@remexinc.com | Nov 29 2022 20:50:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 516908491 | + | EDI: RMSC.COM | Nov 30 2022 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516904667 | + | EDI: RMSC.COM | Nov 30 2022 01:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516904668 | + | EDI: RMSC.COM | Nov 30 2022 01:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

District/off: 0312-2 | User: admin | Page 4 of 5
Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 66
TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519765510 | *+ | Alain Fatovic, 454 Park Ave., Fairview, NJ 07022-1137 |
| 519738764 | *+ | Community Loan Servicing LLC, Attn: Cashiering Dept., 4425 Ponce De Leon Blvd. 5th Fl., Coral Gable, FL 33146-1839 |
| 517188063 | *+ | Hematology Oncology Physicians, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 516904659 | ##+ | Palisades Emergency Consult., One Edgewater St., 6th floor, Staten Island, NY 10305-4900 |
| 516904661 | ##+ | Paul Michael Marketing, 15916 Union Tpke Ste 302, Flushing, NY 11366-1955 |
| 516904666 | ## | Ridgefield Imaging Center Inc., 669 Broad Ave., Suite 103, Ridgefield, NJ 07657-1631 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marc G. Alster | on behalf of Joint Debtor Dawn E Fatovic malster@alsterlaw.com r59840@notify.bestcase.com |
| Marc G. Alster | on behalf of Debtor Alain Fatovic malster@alsterlaw.com r59840@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 66 |

Robert P. Saltzman
    on behalf of Creditor M&T Bank dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13