Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−23056−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alain Fatovic | Dawn E Fatovic |
| 454 Park Ave. | aka Dawn Ambrosio |
| Fairview, NJ 07022 | 454 Park Ave. |
| | Fairview, NJ 07022 |

Social Security No.:
  xxx−xx−9340                                               xxx−xx−1665

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 30, 2022</u>            <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court